People v Mobley (2024 NY Slip Op 05033)

People v Mobley

2024 NY Slip Op 05033

Decided on October 10, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 10, 2024

Before: Kern, J.P., Oing, Kennedy, Higgitt, Michael, JJ. 

Ind. No. 1342/21 Appeal No. 2767 Case No. 2023-00844 

[*1]The People of the State of New York, Respondent,
v
Corey Mobley, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Jane Merrill of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Larry Glasser of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Beth Beller, J., at suppression hearing; Dineen Riviezzo, J., at plea and sentencing), rendered December 14, 2022, convicting defendant of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of two years, unanimously affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]), which forecloses review of his suppression claim. Regardless of the validity of the waiver, the court properly denied defendant's suppression motion. The police pursuit and stop of defendant did not occur until after defendant was seen discarding the gun. The officers' prior conduct of following defendant for observation, where their lights and sirens were not activated and defendant's freedom of movement was not impeded, did not rise to the level of a pursuit (see People v Quentin F., 177 AD3d 439, 440 [1st Dept 2019]; People v Thornton, 238 AD2d 33, 36 [1st Dept 1998]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 10, 2024